No. 88–5283. DE YOUNG *v.* O'BRIEN ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–5287. BURRELL *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–5289. KOEHLER *v.* REES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–5290. HINES *v.* SUPERIOR COURT OF CALIFORNIA, SACRAMENTO COUNTY, ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 88–5291. CUTLER *v.* MUNICIPALITY OF ANCHORAGE, ALASKA. Ct. App. Alaska. Certiorari denied.

No. 88–5292. CHATMAN *v.* COWLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–5293. CHERRY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 88–5294. EMPEY *v.* TEXAS BOARD OF PARDONS AND PAROLES ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–5295. LIPSMAN *v.* MASON. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 88–5298. T. B. *v.* IOWA DEPARTMENT OF HUMAN SERVICES ET AL. Ct. App. Iowa. Certiorari denied.

No. 88–5299. GARZA *v.* GRAMMER, ASSISTANT DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, ADULT INSTITUTIONS. C. A. 8th Cir. Certiorari denied.

No. 88–5301. JUPIN *v.* STETZER ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–5308. SZAREWICZ *v.* JOYCE ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–5311. ROGERS *v.* PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT PITTSBURGH. C. A. 3d Cir. Certiorari denied.